**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 9:24-cv-81103**

HOWARD COHAN,

      *Plaintiff*,

v.

RAISING CANE'S
RESTAURANTS, LLC,

      *Defendant*.

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, Plaintiff Howard Cohan and Defendant Raising Cane's Restaurants, LLC, hereby advise the Court that they have reached an agreement to settle this matter. The parties request a stay of all deadlines until a Joint Stipulation of Dismissal is filed.

**Dated**: October 23, 2024                    Respectfully Submitted,

By: */s/ Gregory S. Sconzo*            By: */s/ Miguel A. Morel*
Gregory S. Sconzo (FBN 0105553)     Miguel A. Morel (FBN 89163)
Sconzolaw@gmail.com                MAMorel@Littler.com
Samantha L. Simpson (FBN 1010423)   Emily Selig (FBN 1030983)
Samantha@sconzolawoffice.com       ESelig@littler.com
**SCONZO LAW OFFICE, P.A.**         **LITTLER MENDELSON, P.C.**
3825 PGA Boulevard, Suite 207       333 SE 2nd Avenue, Suite 2700
Palm Beach Gardens FL 33410       Miami, FL 33131
Tel: (561) 729-0940                Tel: (305) 400-7500

*Counsel for Plaintiff*               *Counsel for Defendant*